FILED
15-0367
5/15/2015 12:14:38 PM
tex-5300580
SUPREME COURT OF TEXAS
BLAKE A. HAWTHORNE, CLERK

# No._____

### IN THE
### SUPREME COURT OF TEXAS

_____

### B.W.D.,
*Petitioner*,

### v.

### JAMES W. TURNAGE, FORENSIC DNA
### & DRUG TESTING SERVICES, INC.,
*Respondents.*

_____

### PETITIONER'S MOTION FOR EXTENSION
### OF TIME TO FILE PETITION FOR REVIEW

_____

**TO THE HONORABLE SUPREME COURT OF TEXAS:**

Petitioner files this First [Unopposed] Motion for Extension of Time to File Petition for Review under Tex. R. App. P. 10.1, 10.5(b), and 53.7(f). In support of this motion, Petitioner shows the following:

1. The Court of Appeals for the Fifth District of Texas at Dallas rendered its Order Denying Appellant's Motion for Rehearing *B.W.D. v. James W. Turnage and Forensic DNA Drug Testing Services, Inc.*, No. 05-13-01733-CV on March 31, 2015. The Petition for Review is due no later than May 15, 2015.

2. Petitioner requests an extension of time of 14 days, to May 29, 2015. This is Petitioner's first request for an extension of time in this case.

3. Petitioner relies on the following facts as a reasonable explanation for the requested extension of time. Petitioner's counsel, in addition to preparing a Petition for Review in this case, has also devoted and must continue to devote time to the following additional matters:

> Cause No. DC-12-05346; *Susan Ashton v. KoonsFuller, P.C.*; In the 95th District Court of Dallas County, Texas: **response to Motion for Summary Judgment**
>
> Case No. 2:15-CV-00034-J; *Lovell, Lovell, Newsom & Isern, LLP v. Julian Bivins, II*; United States District Court for the Northern District of Texas, Amarillo Division: **out of town depositions with necessary travel, other discovery, and briefing and preparation required**;
>
> Cause No. 2012-DCV04088; *Ashley Bowling v. Michael C. Graham and The Graham Law Firm, PLLC*; In the 384th Judicial District of El Paso County, Texas: **settlement details;**
>
> Cause No. DC-14-04075; *Robertson et al v. Shariati et al*; In the 14th District of Dallas County, Texas: **depositions, discovery supplementation, and briefing with preparation required**;
>
> Cause No. 101782-E; *Christina Lee Kite f/ka/ Christina Lee Barnhill v. Charles Edward King and Sprouse Shrader Smith, P.C.*; In the 108th District Court of Potter County, Texas: **depositions with travel required, other discovery and legal briefing and preparation**;
>
> Cause No. D-506-CV-2014-00369; *Purvis Operating Co. and Purvis Oil Co. v. Sean Guerrero*; In the Fifth Judicial District of Lea County, New Mexico: **legal briefing and out of town deposition**; and

Cause No. D-117-CV-2013-00306; *Debbie Trujillo, Individually and as Personal Representative of the Estate of Harry Thompson, Deceased; Kelly Thompson; Michael Trujillo; and Bernadette Trujillo v. Presbyterian Healthcare Services d/b/a Espanola Hospital and W. Murray Ryan, M.D.*; In the First Judicial District of Rio Arriba County, New Mexico: **hearing, preparation, and travel**.

4.    The undersigned has conferred with opposing counsel, who has opposition to this requested extension.

**THEREFORE**, Petitioner prays that this Court grant this motion for extension of time.

Respectfully submitted,

**THE PERRIN LAW FIRM**
1910 Pacific Avenue, Suite 6050
Dallas, Texas, 75201
Telephone:  (214) 646-2004
Facsimile:   (214) 646-6117
Email:        dougperrin@perrinlaw.org
                 markperrin@perrinlaw.org

*/s/Doug Perrin*
Doug Perrin
State Bar No. 15796520
J. Mark Perrin
State Bar No.  24013313

**ATTORNEYS FOR PETITIONER**

## CERTIFICATE OF CONFERENCE

As required by Tex. R. App. P. 10.1(a)(5), I certify that I have conferred with Jose Portela, attorney for Respondents, who indicated that this Motion is unopposed.

Certified this 15th day of May, 2015.


*/s/Doug Perrin*
Doug Perrin


## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the above and foregoing document was forwarded to counsel for the Respondents in the above cause as stated below, on this the 15th day of May, 2015.

Jose Portela                                                   **VIA E-SERVICE**
The Beckham Group
3400 Carlisle, Suite 550
Dallas, Texas 75204


*/s/Doug Perrin*
Doug Perrin